

**NUMBER 13-10-00482-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE MATTER OF H. C., A JUVENILE

**On Appeal from the Juvenile Court
of Victoria County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela
Memorandum Opinion Per Curiam**

Appellant, H.C., a juvenile, perfected an appeal from a judgment entered by the Juvenile Court of Victoria County, Texas, in cause number 1-5319. Appellant has filed a motion to dismiss the appeal on grounds he no longer wishes to pursue the matter. Appellant requests that this Court dismiss the appeal.

On September 23, 2010, this Court abated the appeal and remanded the case to the trial court because appellant's trial counsel has indicated that he was not retained for appeal and the record failed to indicate whether appellant is entitled to appointed counsel

on appeal.  On November 3, 2010, this Court received a supplemental clerk's record which indicates that appellant does not desire to prosecute the appeal.  This appeal is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.  Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
23rd day of November, 2010.